UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
MAR 0 1 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO: |
| JIMMIE HARRIS, | ) ) ) | 1:22-cr-0037 JPH -TAB |
| Defendant. | ) | |

## **INDICTMENT**

The Grand Jury charges that:

COUNT 1
21 U.S.C. § 841(a)(1) and (b)(1)(A)
Possession with the Intent to Distribute Controlled Substances

On or about September 13, 2021, in Marion County, within the Southern District of Indiana, JIMMIE HARRIS, the defendant herein, did knowingly possess with intent to distribute 50 grams or more of methamphetamine (actual), a Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 21, United States Code, Section 853, if convicted of the offenses set forth in Count One of the Indictment, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

3. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offenses set forth in Count One of the Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

4. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a. $13,909 in United States currency; and,

    b. 9-millimeter magazine and ammunition.

5. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 4, as a result of any

2

act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

███████████

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Peter A. Blackett
Assistant United States Attorney